timación por los fundamentos consignados en la opinión emitida en el caso No. 4296, *El Pueblo* v. *Varela* (ante, pág. 889.)

El Juez Asociado Señor Aldrey disintió. El Juez Asociado Señor Wolf está conforme con el resultado.

No. 4394.—Pueblo, apldo., v. Kearney, aplte.—C. D. Mayagüez. Infracción ordenanza municipal. Marzo 16, 1931.

No. 4395.—Pueblo, apldo., v. Roig, aplte.—C. D. Mayagüez. Infracción ordenanza municipal. Marzo 16, 1931.

No. 4118.—Pueblo, apldo., v. Saldaña, aplte.—C. D. San Juan. Adulteración de leche. Junio 2, 1930.

No. 4131.—Pueblo, apldo., v. Ortiz, aplte.—C. D. Guayama. Asesinato en segundo grado. Junio 2, 1930.

No. 4136.—Pueblo, apldo., v. Valentín, aplte.—C. D. San Juan. Infracción Ley de Prohibición. Junio 2, 1930.

No. 4135.—Pueblo, apldo., v. Padín et al., apltes.—C. D. San Juan. Infracción artículo 299 del Código Penal. Junio 2, 1930.

No. 4108.—Pueblo, apldo., v. Carrero, aplte.—C. D. Mayagüez. Infracción artículo 291 del Código Penal. Junio 2, 1930.

No. 4134.—Pueblo, apldo., v. Colón, aplte.—C. D. San Juan. Infracción Ley de Pesas y Medidas. Junio 2, 1930.

No. 4133.—Pueblo, apldo., v. Miranda et als., apltes.—C. D. San Juan. Motín. Junio 2, 1930.

No. 4132.—Pueblo, apldo., v. Flores et al., apltes.—C. D. San Juan. Escalamiento en primer grado. Junio 4, 1930.

No. 4154.—Pueblo, apldo., v. Marini, aplte.—C. D. Arecibo. Acometimiento y agresión con agravantes. Junio 16, 1930.

No. 4160.—Pueblo, apldo., v. Del Valle, aplte.—C. D. San Juan. Portar armas. Junio 16, 1930.